# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:10-CR-247** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **ALLEN ROBERTS, JR.** | : | |

## ORDER

AND NOW, this 28th day of February, 2011, upon consideration of the motion (Doc. 43) to suppress, and the motion (Doc. 45) for disclosure of grand jury minutes filed on January 31, 2011 by court appointed counsel for the defendant, Allen Roberts Jr. ("Roberts"), and upon further consideration of the motions to remove appointed counsel (see Docs. 42, 47, 48), and subsequent to a hearing (Docs. 55, 57) on those motions during which Roberts stated that he was in the process of retaining private counsel, and the court noting that it has continued the hearing on removal of court-appointed counsel until 10 a.m. on Friday, March 18, 2011, it is hereby ORDERED that consideration of the motions (Docs. 43, 45) to suppress and for grand jury minutes is STAYED pending resolution of the counsel issue.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge