## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:10-CR-247** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **ALLEN ROBERTS, JR.** | : | |

### ORDER

AND NOW, this 21st day of July, 2011, upon consideration of the letter correspondence (see Docs. 97, 99) to the court filed *pro se* by defendant Allen Roberts, Jr., ("Roberts"), wherein Roberts requests the removal of his fourth court-appointed attorney and the appointment of a new attorney from the federal public defender's office, and following an *ex parte* hearing on defendant Roberts' requests, and the court finding that, under the circumstances of this case, and for the reasons discussed on the record, good cause does not exist to substitute new court-appointed counsel for defendant Roberts, see United States v. Welty, 674 F.2d 185 (3d Cir. 1982) it is hereby ORDERED that:

1. The requests for the removal of court-appointed counsel and the appointment of new counsel (Docs. 97, 99) are GRANTED in part and DENIED in part as follows:

   a. The requests are DENIED insofar as they seek appointment of new counsel.

   b. The requests are GRANTED insofar as they seeks removal of Daniel M. Myshin, Esquire ("Attorney Myshin"), as counsel for defendant Roberts. Finding that defendant Roberts has knowingly, voluntarily and intelligently waived his right to counsel and invoked his right to self-representation, the court grants Roberts *pro se* status.

2. The appointment of Daniel M. Myshin, Esquire, as counsel for defendant in the above-captioned case is TERMINATED.

3. The court shall issue a separate order appointing standby counsel and rescheduling the hearing on the pending motion (Doc. 43) to suppress evidence in the above-captioned case.

       S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge